

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00364-CV

**IN THE INTEREST OF S.L.T., AND A.C.T., CHILDREN**

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33615
Honorable Robert Cadena, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: January 16, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on September 28, 2018. Appellant did not file his brief or a motion for extension of time by that date. On October 10, 2018, we issued an order directing appellant to file his brief and a written response on or before October 22, 2018. Appellant filed a motion for extension of time to file his response and brief, requesting until October 29, 2018 to file the response and brief. We granted appellant's motion. On October 29, 2018, appellant filed a subsequent motion for extension of time to file his response and brief, requesting his deadline be extended by fourteen days. We granted appellant's motion and set the deadline for filing his response and brief as November 13, 2018. Appellant did not file a response or a brief.

We then ordered appellant to file his response and appellant's brief on or before December 17, 2018. We warned appellant that if he did not file his response and brief by that date, this appeal would be dismissed for want of prosecution. Appellant has not filed a response or his brief.

Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8.

PER CURIAM